# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-7093**

**September Term, 2022**

**1:21-cv-02548-TSC**

**Filed On:** October 11, 2022

Ljubo Skrbic,

       Appellant

    v.

City of Los Angeles Fire Department, Brush
Clearance Unit,

       Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed October 22, 2021, and May 31, 2022, be affirmed. The district court did not abuse its discretion in dismissing the complaint without prejudice for failure to comply with the pleading standard of Federal Rule of Civil Procedure 8(a). See Ciralsky v. CIA, 355 F.3d 661, 668-71 (D.C. Cir. 2004). That rule requires "a short and plain statement of the grounds for the court's jurisdiction" and "a short and plain statement of the claim showing that the pleader is entitled to relief," see Fed. R. Civ. P. 8(a), and appellant's complaint fails to set forth a sufficient basis for the district court's jurisdiction or his claim for relief under federal law, see Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (explaining that Rule 8(a) "demands more than . . . unadorned, the-defendant-unlawfully-harmed-me accusation[s]"). Moreover, the district court did not abuse its discretion in denying appellant's motion for reconsideration, see Smalls v. United States, 471 F.3d 186, 191 (D.C. Cir. 2006), and denying appellant's motion for entry of default because the defendant has not yet been required to respond to the complaint, see Whelan v. Abell, 48 F.3d 1247, 1258 (D.C. Cir. 1995).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 22-7093          September Term, 2022

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### <u>Per Curiam</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk